FILED

JUL 1 8 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

Criminal No. 1:19cr 45 Kleeh

TONY MOORE,

Violations: 18 U.S.C. § 7(3)
18 U.S.C. § 113(a)(4)

Defendant.

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Assault by Striking)

On or about November 17, 2017, in Preston County, West Virginia, within the Northern District of West Virginia, the defendant, **TONY MOORE**, at a place within the special maritime and territorial jurisdiction of the United States, that is, United States Penitentiary Hazelton, on land acquired for the use of the United States and under its jurisdiction, did assault an inmate, K.M., by striking him without just cause and excuse; in violation of Title 18, United States Code, Sections 7(3) and 113(a)(4).

_____
WILLIAM J. POWELL
United States Attorney